JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Singapore Airlines Limited,<br><br>               Plaintiff,<br><br>     vs.<br><br>Freightquote.Com, Inc., a Delaware corporation; YRC Freight, Inc., a Delaware corporation; and DOES 1 THROUGH 100, inclusive,<br><br>               Defendants. | **Case No. 2:13-cv-01569-SVW-AGR**<br><br>**Assigned to the Honorable Stephen V. Wilson**<br><br>**ORDER ON STIPULATION RE REMAND**<br><br>**Hearing Date:  May 13, 2013**<br>**Hearing Time:   1:30 p.m.**<br>**Hearing Judge: Judge Stephen Wilson**<br>**Hearing Dept:   Courtroom 6**<br><br>**Trial Date:       Not Set** |

ORDER ON STIPULATION RE REMAND

1  Based upon the stipulation by and between plaintiff Singapore Airlines
2  Limited and defendant Freightquote.com, Inc., through their respective counsel of
3  record, **IT IS HEREBY ORDERED** that:
4      1.    This action shall immediately be remanded to the Superior Court of
5  Los Angeles.
6      2.    Each party shall bear its own attorneys' fees and costs with respect to
7  the removal and subsequent remand of the Action.

Dated: April 11, 2013

_____
The Honorable Stephen V. Wilson
Judge of United States District Court

- 2 -

ORDER ON STIPULATION RE REMAND